# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHOENIX SIMPSON, a minor by and through his guardian ad litem Scott Simpson,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No.:** 2:16-cv-05441 JAK (ASx)<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

SCOTT SIMPSON (hereinafter "Petitioner") as the court appointed Guardian Ad Litem of the named minor plaintiff, PHOENIX SIMPSON ("Plaintiff"), has petitioned the Court to approve the settlement reached between himself and defendants, LOS ANGELES UNIFIED SCHOOL DISTRICT, STEPHANIE MCCLAY, KAREN PERRY, BECKY GARCIA, EDDIE ATAMIAN and SUSAN KLEIN (collectively, "Defendants").

The Court held a hearing on the Petition for Compromise on October 30, 2017. Sark Ohanian appeared on behalf of Plaintiff, and also present in Court were Petitioner and Plaintiff. The Petition for Compromise was granted at the hearing, with a more detailed order to follow. Consistent with those rulings,

IT IS HEREBY ORDERED that the total settlement amount of $25,000 shall be distributed as follows:

| | |
|---|---|
| To be issued made payable to "Scott Simpson as guardian ad litem for Phoenix Scott Simpson," and then deposited into a blocked trust account at Chase Bank. | $ 8,871.24 |
| To be issued made payable to "Carpenter, Zuckerman & Rowley" for reimbursement of costs. | $ 7,795.43 |
| To be issued made payable to "Carpenter, Zuckerman & Rowley" for attorneys fees. | $ 8,333.33 |
| **Total** | **$25,000.00** |

Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement, including the foregoing distributions.

IT IS SO ORDERED.

Dated: December 6, 2017

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE